

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/24/2017

| | | |
|---|---|---|
| IN RE: § | | |
| HIGH STANDARD MANUFACTURING § | CASE NO: 15-33794 | |
| COMPANY, INC.; fka HI STANDARD; fka § | | |
| HIGH STANDARD; fka INTERARMS; fka § | | |
| AMT § | | |
|     Debtor(s) § | | |
| § | CHAPTER 11 | |
| § | | |
| ALAN L ARONSTEIN § | | |
|     Plaintiff(s) § | | |
| § | | |
| VS. § | ADVERSARY NO. 16-03133 | |
| § | | |
| HIGH STANDARD MANUFACTURING § | | |
| COMPANY, INC. § | | |
|     Defendant(s) § | | |

### ORDER MOOTING MOTION FOR CONTEMPT

    Based on the Plaintiff's motion to pass hearing, it appears that the motion for contempt is moot. The hearing scheduled for July 24, 2017 is canceled and the motion is denied as moot.

    SIGNED **July 24, 2017.**

                                                          Marvin Isgur
                                        UNITED STATES BANKRUPTCY JUDGE